CASE #: 1:04-cv-05669-LAP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  March 16, 2010

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the *16th* day of March, two thousand and ten.

Before:    Joseph M. McLaughlin
           Peter W. Hall,
                *Circuit Judges.*

UNITED STATES COURT OF APPEALS
FILED
MAR 16 2010
Catherine O'Hagan Wolfe, CLERK
SECOND CIRCUIT

**ORDER**

State of Connecticut v. American Electric Power Company, Inc.          Docket No. 05-5104-cv

Open Space Institute, Inc. v. American Electric Power Company, Inc.          Docket No. 05-5119-cv

IT IS HEREBY ORDERED that Appellees' motion to stay the mandate pending filing of a petition for writ of *certiorari* is GRANTED *nunc pro tunc.*

FOR THE COURT,
Catherine O'Hagan Wolfe,
Clerk

Catherine O'Hagan Wolfe

Judy Pisnanont, Motions Staff Attorney

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

Catherine O'Hagan Wolfe

CERTIFIED COPY ISSUED ON 3/16/2010