UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF CONNECTICUT, et al., | Case No. 04-CV-05669 (LAP) (DFE) |
| Plaintiffs, | |
| - against - | |
| AMERICAN ELECTRIC POWER CO., INC., et al., | |
| Defendants. | |

## NOTICE OF DISMISSAL

The plaintiffs hereby dismiss the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   December 6, 2011.

        FOR PLAINTIFF STATE OF CONNECTICUT:

        GEORGE JEPSON
        *Attorney General of Connecticut*

    By:   /s/ Kimberly P. Massicotte
           Kimberly P. Massicotte
           Assistant Attorney General
           55 Elm Street
           Hartford, CT 06106
           (860) 808-5250

FOR PLAINTIFF STATE OF NEW YORK:

ERIC T. SCHNEIDERMAN
*Attorney General of New York*

By:   /s/ Morgan A. Costello
      Michael J. Myers
      Morgan A. Costello
      Assistant Attorneys General
      Environmental Protection Bureau
      The Capitol
      Albany, New York 12224
      (518) 473-5843


FOR PLAINTIFF STATE OF CALIFORNIA:

KAMALA D. HARRIS
*Attorney General of California*

By:   /s/ Janill Richards
      Janill Richards
      Supervising Deputy Attorney General
      1515 Clay Street, 20th Floor
      Oakland, CA 94612
      (510) 622-2130

FOR PLAINTIFF STATE OF IOWA:

THOMAS J. MILLER
*Attorney General of Iowa*

By:   /s/ David R. Sheridan
      David R. Sheridan
      Assistant Attorney General
      Environmental Law Division
      Lucas State Office Building
      321 E. 12th Street, Ground Flr.
      Des Moines, IA 50319
      (515) 281-5351

FOR PLAINTIFF STATE OF NEW JERSEY:

PAULA T. DOW
*Attorney General of New Jersey*

By:   /s/ Lisa Morelli
      Lisa Morelli
      Deputy Attorney General
      Hughs Justice Complex
      P.O. Box 093
      Trenton, NJ 08635
      (609) 984-5612


FOR PLAINTIFF STATE OF RHODE ISLAND:

PETER F. KILMARTIN
*Attorney General of Rhode Island*

By:   /s/ Gregory S. Schultz
      Gregory S. Schultz
      Special Assistant Attorney General
      150 South Main Street
      Providence, RI  02903
      (401) 274-4400 x 2400


FOR PLAINTIFF STATE OF VERMONT:

WILLIAM H. SORRELL
*Attorney General of Vermont*

By:   /s/ Thea J. Schwartz
      Thea J. Schwartz
      Assistant Attorney General
      109 State Street
      Montpelier, VT 05609-1001
      (802) 828-3186

FOR PLAINTIFF STATE OF WISCONSIN:

SCOTT WALKER
*Governor of Wisconsin*

By: /s/ Brian K. Hagedorn
      Brian K. Hagedorn
      Chief Legal Counsel
      Office of Governor Scott Walker
      115 East Capitol
      Madison, WI 53702
      (608) 266-1212


FOR PLAINTIFF CITY OF NEW YORK:

MICHAEL A. CARDOZO
*Corporation Counsel for the City of New York*

By: /s/ Carrie Noteboom
      Carrie Noteboom
      Assistant Corporation Counsel
      100 Church Street
      New York, NY 10007
      (212) 788-0771